# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| THOMEISHA DORSEY, | ) | Case No.  1:05CV1760 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| REGINALD WILKINSON, | ) | |
| Director, et al., | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| Defendant(s). | ) | Magistrate Judge Kenneth S. McHargh |
| | ) | |

McHARGH, MAG. J.

Pursuant to the Court's Memorandum Opinion and Order filed June 2, 2006, the Court grants defendant Reginald Wilkinson's motion for judgment on the pleadings , as to a federal (Section 1983) claim against him.  The complaint fails to set forth"allegations sufficient to make out the elements of a right to relief."  The second (state law) count is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED.

<u>      s/Kenneth S. McHargh      </u>
United States Magistrate Judge

DATED:  <u> June 2, 2006  </u>